**UNITED STATES DISTRICT COURT**            **SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Troy Kite
  *Plaintiff(s),*

v.                                                    Case No. 4:24–cv–02577

Humble Independent School District, et al.
  *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion for Miscellaneous Relief – #8
Motion to Dismiss – #8
Motion to Dismiss – #9
Motion to Dismiss – #10

DATE:   **10/7/2024**

TIME:   **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                          Date: October 2, 2024

By Deputy Clerk, A. Rivera